JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA LINHART, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY; NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION; LIFE INSURANCE COMPANY OF NORTH AMERICA; NYLIFE INSURANCE COMPANY OF ARIZONA; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 5:21-cv-01640-JWH-DTB<br><br>**JUDGMENT** |

Pursuant to the "Order Regarding Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel [ECF No. 85] and Defendant's Motion for Summary Judgment [ECF No. 99]" entered substantially contemporaneously herewith, and in accordance with Rules 56 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332.

2. The operative complaint is the First Amended Complaint filed by Plaintiff Barbara Linhart [ECF No. 38].

3. On or about December 20, 2021, Defendants Life Insurance Company of North America and NYLife Insurance Company of Arizona were **DISMISSED** from this action.

4. On or about September 28, 2022, Defendant New York Life Insurance Company was **DISMISSED** from this action.

5. Defendants Does 1 through 50, inclusive, are **DISMISSED**.

6. Defendant New York Life Insurance and Annuity Corporation shall have **JUDGMENT** in its **FAVOR** and **AGAINST** Plaintiff Barbara Linhart. Plaintiff Barbara Linhart shall take nothing by way of her First Amended Complaint.

7. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 26, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE